IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOCATION SERVICES IP, LLC, § § Plaintiff, § § v. § § FOURSQUARE LABS, INC. § § Defendant. § | | Civil Action No. 2:15-CV-00152-JRG **LEAD CASE** |
| v. § § WAL-MART STORES, INC., § WAL-MART.COM, INC., and § WAL-MART.COM USA, LLC, § § Defendants. § | | Civil Action No. 2:15-CV-00154-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration, the Stipulation of Dismissal With Prejudice of all claims asserted by Plaintiff, Location Services IP, LLC, against Defendants, Wal-Mart Stores, Inc., Wal-Mart.com, Inc., and Wal-Mart.com USA, LLC, in this case, and the Court being of the opinion that said Stipulation should be ENTERED, it is hereby:

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit by Plaintiff, Location Services IP, LLC, against Defendants, Wal-Mart Stores, Inc., Wal-Mart.com, Inc., and Wal-Mart.com USA, LLC, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate Wal-Mart in Case No. 2:14-CV-152, and the Clerk is ORDERED to close Case No. 2:15-CV-154.

**So ORDERED and SIGNED this 3rd day of June, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE